OSBORNE v. HATCHER PICKUP

No. 544P83.

Case below: 64 N.C. App. 418.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 January 1984.

PURIFOY v. WILLIAMSON

No. 580P83.

Case below: 63 N.C. App. 789.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 10 January 1984.

SHAVER v. MONROE CONSTRUCTION CO.

No. 496P83.

Case below: 63 N.C. App. 605.

Petition by defendants and cross-petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984.

STAR VARIFOAM CORP. v. BUFFALO REINSURANCE CO.

No. 547P83.

Case below: 64 N.C. App. 306.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984.

STATE v. BLANKENSHIP

No. 560P83.

Case below: 64 N.C. App. 620.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 10 January 1984 for the sole purpose of remanding the case in order that defendant may be resentenced under the Fair Sentencing Act.